Decided May 25, 1999

## IN RE DAVID W.

The petition by the commissioner of children and families for certification for appeal from the Appellate Court, 52 Conn. App. 576 (AC 17313/17564), is granted, limited to the following issues:

"1. Under the circumstances of this case, was the trial court required as a matter of law to strike all of the testimony of David Mantell, the court-appointed expert witness?

"2. If the answer to question one is yes, was the error harmful?"

The Supreme Court docket number is SC 16113.

*Benjamin Zivyon,* assistant attorney general, in support of the petition.

*Bradford J. Chaucer* and *William R. Kinloch,* in opposition.

Decided May 25, 1999